No. 773.  ESTATE OF HAGER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed per stipulation of counsel.  *Hugo Kohlmann* for petitioner.  *Solicitor General Perlman* for respondent.

*Certiorari Granted.  (See also No. 102, Misc., supra.)*

No. 789.  FEDERAL POWER COMMISSION *v.* EAST OHIO GAS Co. ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari granted.  MR. JUSTICE BURTON took no part in the consideration or decision of this application.  *Solicitor General Perlman* and *Bradford Ross* for petitioner.  *Herbert S. Duffy,* Attorney General of Ohio, *Kenneth B. Johnston,* Assistant Attorney General, *William B. Cockley, Walter J. Milde, Wm. A. Dougherty* and *Sturgis Warner* for respondents.

No. 801.  WILMETTE PARK DISTRICT *v.* CAMPBELL, COLLECTOR OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari granted.  *Edward R. Johnston* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for respondent.

*Certiorari Denied.  (See also Nos. 451 and 561, Misc., supra.)*

No. 659.  FUJINO *v.* CLARK, ATTORNEY GENERAL OF THE UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *J. Garner Anthony* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Bazelon* and *James L. Morrisson* for respondent.